**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

WALLACE LANCE MORRIS, JR.,

      Plaintiff,

v.                               Case No.: 3:14cv264/MCR/EMT

BRIAN SOWELL, et al.,

      Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 31, 2015.  (Doc. 14).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

      **DONE AND ORDERED** this 30th day of April 2015.


                      s/ *M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **CHIEF UNITED STATES DISTRICT JUDGE**